IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EVERLY K. HATFIELD,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.                                            No. 12-1110-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on October 7, 2014 (Doc. 29), Petitioner's Motion is **DENIED** and this case is **DISMISSED** with prejudice.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  s/*Caitlin Fischer*
     **Deputy Clerk**

Dated:   October 8, 2014

Digitally signed by David R. Herndon
Date: 2014.10.08 06:43:44 -05'00'

APPROVED:
U.S. DISTRICT JUDGE
UNITED STATES DISTRICT COURT